**1630 BOARD OF EDUCATION (Port Huron) vs. RUNNELS (City Treasurer), 57 M., 46.**

To compel respondent, ex-officio treasurer of relator, to deposit the school moneys in a bank which relator had designated as the depository of its moneys.

Granted May 13, 1885.

The bank had applied, but the court had denied the writ, holding that mandamus does not lie to enforce a contract. But held that mandamus lies at the instance of the board; that the moneys as received are at once payable to the designated depository and that the treasurer could not go behind the records of the board, which on their face were valid action, for the purpose of avoiding the performance of his duty.

**1631 CITY SAVINGS BANK vs. HUEBNER (County Treasurer), No. 11716, 84 M., 391.**

To compel respondent to deposit with it certain county funds under a contract between relator, the county auditors and relator's predecessor, under Act No. 203, Local Acts 1879.

Granted, on the ground that the designation so made was good until a new depository be designated by the treasurer and the board of auditors, January 14, 1891.